United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 24-00657-MJC

Jeffrey David Horacek     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2

Date Rcvd: Apr 23, 2024     Form ID: ntcnfhrg     Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey David Horacek, 31 Harmon Drive, Stroudsburg, PA 18360-1682 |
| 5603785 | | Dividend Finance, P.O. Box 847245, Los Angeles, CA 90084-7245 |
| 5603786 | + | Envision Physician Services, 2000 Green Rd, Ann Arbor, MI 48105-1598 |
| 5603787 | + | Fifth Third Bank, 3661 Valley Center Drive, Suite 250, San Diego, CA 92130-3337 |
| 5603788 | | McCarthy, Gurgess & Wolff, 2600 Cannon Rd, Bedford, OH 44146 |
| 5603789 | + | Morristown ER Med Asoc., 100 Madison Ave,, Morristown, NJ 07960-6136 |
| 5603791 | | St. Luke's University Health Netwk, P.O. Box 604152, Charlotte, NC 28260-4152 |
| 5603794 | + | TD Bank NA, 222 W Merchandise Mart Plaza, Suite 900, Chicago, IL 60654-1105 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5603781 | + | Email/Text: customercare@adminrecovery.com | Apr 23 2024 18:37:00 | Admin Recovery, LLC, 6225 Sheridan Drive, Suite 118, Buffalo, NY 14221-4800 |
| 5603782 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 23 2024 18:44:03 | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5603783 | + | Email/Text: mrdiscen@discover.com | Apr 23 2024 18:36:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5605042 | | Email/Text: mrdiscen@discover.com | Apr 23 2024 18:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5603784 | ^ | MEBN | Apr 23 2024 18:33:56 | Discover Personal Loans, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 5606361 | + | Email/Text: dplbk@discover.com | Apr 23 2024 18:37:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 5603790 | + | Email/PDF: ebnotices@pnmac.com | Apr 23 2024 18:43:58 | PennyMac Loan Services LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5603792 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 23 2024 18:43:57 | SYNCB/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 5603793 | + | Email/Text: jaxbanko@td.com | Apr 23 2024 18:36:00 | TD Bank N.A., 200 Carolina Parkway, Building B, Greenville, SC 29607-3214 |
| 5607910 | ^ | MEBN | Apr 23 2024 18:33:50 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 2 of 2 |
| Date Rcvd: Apr 23, 2024 | Form ID: ntcnfhrg | Total Noticed: 18 |

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2024                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Jeffrey David Horacek donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jeffrey David Horacek,

**Debtor 1**

Chapter 13

Case No. 5:24−bk−00657−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 23, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 30, 2024<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PatriciaRatchford, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 23, 2024 |

ntcnfhrg (08/21)