Certificate Number: 03088-PAM-DE-038452727

Bankruptcy Case Number: 24-00657



03088-PAM-DE-038452727

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 7, 2024</u>, at <u>10:23</u> o'clock <u>AM CDT</u>, <u>Jeffrey David Horacek</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>May 7, 2024</u>          By:   <u>/s/Katherine Minnich</u>

Name:   <u>Katherine Minnich</u>

Title:   <u>Counselor</u>